```
                  UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF LOUISIANA
```

CHAD E. GREEN                                    CIVIL ACTION

VERSUS                                           NO: 12-2870

LAFOURCHE PARISH DETENTION                       SECTION: R
CENTER, ET AL.

## ORDER

Before the Court are the motions for entry of a default and a default judgment of plaintiff Chad Green,[1] plaintiff's complaint,[2] and the Magistrate Judge's unopposed Report and Recommendation.[3] The Court, having reviewed *de novo* the motions, the record, the applicable law, and the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly, the Court denies plaintiff's motions for the entry of a default and a default judgment.

New Orleans, Louisiana, this 15th day of May, 2013.

_____
            SARAH S. VANCE
      UNITED STATES DISTRICT JUDGE

---

[1]    R. Docs. 14, 15, 18

[2]    R. Doc. 3

[3]    R. Doc. 21.