```
            UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF LOUISIANA
```

CHAD E. GREEN                                   CIVIL ACTION

VERSUS                                          NO: 12-2870

LAFOURCHE PARISH DETENTION                      SECTION: R
CENTER, ET AL.

## ORDER

Before the Court are the motions for entry of a default and a default judgment of plaintiff Chad Green,[1] plaintiff's complaint,[2] and the Magistrate Judge's unopposed Report and Recommendation.[3] The Court, having reviewed *de novo* the motions, the record, the applicable law, and the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly, the Court denies plaintiff's motions for the entry of a default and a default judgment.

New Orleans, Louisiana, this 15th day of May, 2013.

*Sarah Vance*
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[1]   R. Docs. 14, 15, 18

[2]   R. Doc. 3

[3]   R. Doc. 21.