UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CHAD E. GREEN                                    CIVIL ACTION

VERSUS                                           NO: 12-2870

LAFOURCHE PARISH DETENTION                       SECTION: R
CENTER, ET AL.

**ORDER**

    Before the Court is plaintiff Chad Green's motion for
summary judgment[1] and the Magistrate Judge's unopposed Report and
Recommendation.[2] The Court, having reviewed *de novo* the motion,
the record, the applicable law, and the Magistrate Judge's Report
and Recommendation, hereby approves the Magistrate Judge's Report
and Recommendation and adopts it as its opinion. Accordingly, the
Court DENIES plaintiff's motion for summary judgment.


    New Orleans, Louisiana, this 19th day of August, 2013.


                    _____
                         SARAH S. VANCE
                    UNITED STATES DISTRICT JUDGE




_____

    [1]     R. Doc. 22.

    [2]     R. Doc. 25.